Robert T. BAIN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 69985.

Missouri Court of Appeals,
Western District.

July 21, 2009.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Sept. 1, 2009.

Application for Transfer Denied
Oct. 6, 2009.

Ellen H. Flottman, Columbia, MO, for
Appellant.

Shaun J. Mackelprang, Jefferson City,
MO, for Respondent.

Before JAMES EDWARD WELSH,
P.J., VICTOR C. HOWARD, and ALOK
AHUJA, JJ.

### ORDER

PER CURIAM:

Robert T. Bain appeals the circuit
court's judgment denying his Rule 24.035
motion for post-conviction relief after an
evidentiary hearing. We affirm. Rule
84.16(b).